## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

IN RE:      **ALFREDO WILSON VILLAMOR**


          **DEBTOR(S).**                    **CASE NO: 19-30148-KKS**
_____/**CHAPTER: 13**

### OBJECTION TO CLAIM PURSUANT TO NEGATIVE NOTICE
### NOTICE

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-2, the Court will consider this motion without further notice or hearing unless a party in interest files an objection within Thirty (30) days from the date set forth on the proof of service plus an additional three (3) days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).

If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL, 32301, and serve a copy on attorney for debtor(s), Amy Logan Sliva, Sliva Law Firm, LLC, at 313 W. Gregory Street, Pensacola, FL 32502, and the Chapter 13 Trustee, Leigh D. Hart, at Post Office Box 646, Tallahassee, FL 32302, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time period permitted, the Court will consider that you do not oppose the granting of the relief requested in the motion, and will proceed to consider the motion without further notice or hearing, and may grant the relief requested.

---

**COME(S) NOW,** Debtor(s), by and through undersigned counsel, and object(s) to the following claim(s):

1. Claim number 4-1 filed by secured creditor WILMINGTON SAVINGS FUND SOCIETY, FSB is objected to for the reason that Debtor and Secured Creditor have agreed to a Mortgage Modification and Extension Agreement that appears to include all of the remaining mortgage arrears and post-petition fees.

2. The order was GRANTED on September 3rd, 2020.

3. Under the order, Debtor is to make payments directly to Secured Creditor and the Chapter 13 Trustee should make no further disbursements to WILMINGTON SAVINGS FUND SOCIETY, FSB on this claim.

*/s/ Amy Logan Sliva*
AMY LOGAN SLIVA
SLIVA LAW FIRM, LLC
Florida Bar Number:  394793
313 West Gregory Street
Pensacola, Florida 32502
(850) 438-6603
Attorney for Debtor(s)
amysliva@cox.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing has been furnished by electronic filing to LEIGH D. HART, TRUSTEE, (ldhdock@earthlink.net); and CHASE BERGER, Authorized Agent for Secured Creditor, (bknotifications@ghidottiberger.com); and by First Class Mail to WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER TRUSTEE OF RESIDENTIAL CREDIT OPPORTUNITIES TRUST V-E, 3020 Old Ranch

Parkway, Suite 180, Seal Beach, CA 90740; and to on the same date as reflected on the court's docket as the electronic filing date for this document.

*/s/ Amy Logan Sliva*
AMY LOGAN SLIVA