UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:     ALFREDO WILSON VILLAMOR
           DEBTOR(S).                    CASE NO:  19-30148-KKS
                                         /CHAPTER: 13

## ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM #4 OF CREDITOR, WILMINGTON SAVINGS FUND SOCIETY, FSB (DOC. #78)

**THIS CAUSE**, having come before the Court upon Debtor's Objection to Claim #4 of Creditor WILMINGTON SAVINGS FUND SOCIETY, FSB **(DOC. #78),** and no response having been timely filed, and the Court being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that:

1. Debtor's objection is SUSTAINED.

2. The Debtor will make timely payments directly to WILMINGTON SAVINGS FUND SOCIETY, FSB and the Chapter 13 Trustee should make no further disbursements to WILMINGTON SAVINGS FUND SOCIETY, FSB on this claim.

**DONE AND ORDERED** this 14th day of October, 2020.

KAREN K. SPECIE
United States Bankruptcy Judge

Prepared by: Amy Logan Sliva

Attorney, Amy Logan Sliva, shall serve a copy of the Order on all interested parties and file a certificate of service with the Court within three (3) days.